

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-14-00207-CV

ELLEN LUMENTA, INDIVIDUALLY AND AS PERSONAL REPRESENTATIVE OF THE ESTATE OF ROY MEYERS REVELINO NAWAWI, DECEASED, Appellant

V.

BELL HELICOPTER TEXTRON, INC., BELL HELICOPTER CORPORATION, BELL HELICOPTER INTERNATIONAL SALES CORPORATION, BELL HELICOPTER INTERNATIONAL, INC., BELL HELICOPTER KOREA, INC., PRATT & WHITNEY, AND UNITED TECHNOLOGIES CORP., Appellees

Appeal from the 190th District Court of Harris County. (Tr. Ct. No. 2013-45235A).

**TO THE 190TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 27th day of August 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final order signed by the trial court on May 7, 2014. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's order contains no reversible error. Accordingly, the Court **affirms** the trial court's order.

The Court orders that the appellant, Ellen Lumenta, Individually and as Personal Representative of the Estate of Roy Meyers Revelino Nawawi, Deceased, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 27, 2015.

Panel consists of Justices Jennings, Higley, and Huddle. Opinion delivered by Justice Jennings.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

November 6, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

